UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ANTHONY CHARLES HICKONBOTTOM,

Petitioner,

v.

JANE PARNELL,

Respondent.

Case No. C10-5031RJB/JRC

ORDER TO SHOW CAUSE

This Habeas Corpus action filed pursuant to 28 U.S.C. § 2241 has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. §§ 636(b)(1)(A) and 636(b)(1)(B) and Local Magistrates' Rules MJR 1, MJR 3, and MJR 4. The clerk's office sent petitioner a letter outlining certain defects in the initial filings on February 9, 2010 (Dkt. # 2). The court has reviewed this file and Mr. Hickonbottom's other habeas corpus filing, 10-CV-5030RBL/JRC, which is a habeas action challenging the legality of Mr. Hickonbottom' s guilty plea to possession of cocaine with intent to deliver. The other action has been filed as a habeas action seeking relief pursuant to 28 U.S.C. § 2254.

ORDER- 1

Review of this file shows the proposed petition to be marked as "exhibits." The court believes petitioner may have intended to file one habeas action, but petitioner included two motions for in forma pauperis status. Petitioner is now ORDERED TO SHOW CAUSE why this action should not be consolidated with 10-CV-5030RBL under the lower cause number. The action would proceed as a petition for relief filed pursuant to 28 U.S.C. § 2254. Petitioner will have until **March 26, 2010** to respond to this order. The response should be filed under this cause number 10-CV-5031RBJ.

The clerk's office is directed to send a copy of this order to petitioner and place the **March 26, 2010** due date on the court's calendar.

Dated this 2nd day of March, 2010.

_____
J. Richard Creatura
United States Magistrate Judge

ORDER- 2