# United States District Court

WESTERN DISTRICT OF WASHINGTON

ANTHONY CHARLES
HICKONBOTTOM,

                                JUDGMENT IN A CIVIL CASE

        v.

                                CASE NO. C10-5030RBL/JRC

JANE PARNELL,

____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1) The Court adopts the Report and Recommendation;

(2) The petition DISMISSED as time barred pursuant to 28 U.S.C. 2244(d)(1)(A); and

(3) In accordance with Rule 11 of the Rules Governing Section 2254 Cases in the United States District Courts, a certificate of appealability is DENIED with respect to all claims asserted by petitioner in his habeas petition.

| February 1, 2011 | WILLIAM M. McCOOL |
|---|---|
| Date | Clerk |

                                                        *s/ Mary Trent*
                                                       Deputy Clerk